# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 26 MM 2023

           Respondent    :

           v.    :

LANCE GREEN,    :

           Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 25th day of May, 2023, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.